IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SENTIUS INTERNATIONAL LLC, | § |
| *Plaintiff*, | § Case No. 2:16-CV-00773-JRG-RSP |
| v. | § |
| BLACKBERRY LIMITED, BLACKBERRY CORPORATION, | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 28, 2017, Dkt. No. 49, recommending that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, Dkt. No. 15, be denied. No objections have been filed. Accordingly, and after a de novo review, the Report and Recommendation is **ADOPTED**. Defendants' Motion to Dismiss, Dkt. No. 15, is **DENIED**.

**So Ordered this**
**May 17, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE