# EXHIBIT 24

# Index of /old-gnu/emacs/

| Name | Size | Date Modified |
|---|---|---|
| [parent directory] | | |
| elib-1.0.tar.gz | 57.0 kB | 12/12/95, 12:00:00 AM |
| elib.README | 124 B | 9/8/95, 12:00:00 AM |
| elisp-manual-18-1.03.tar.gz | 1.2 MB | 1/28/91, 12:00:00 AM |
| elisp-manual-19-2.01.1-2.02.diff.gz | 169 kB | 8/17/93, 12:00:00 AM |
| elisp-manual-19-2.4.2.tar.gz | 1.8 MB | 12/16/96, 12:00:00 AM |
| elisp-manual-19-2.4.tar.gz | 1.8 MB | 6/19/95, 12:00:00 AM |
| elisp-manual-19jp-2.4.2.0.tar.gz | 2.0 MB | 10/16/98, 12:00:00 AM |
| elisp-manual-20-2.5.tar.gz | 2.1 MB | 8/30/98, 12:00:00 AM |
| elisp-manual-21-2.6.tar.gz | 2.2 MB | 11/13/00, 12:00:00 AM |
| elisp-manual-21-2.7-21-2.7a.xdelta | 8.1 kB | 10/23/01, 12:00:00 AM |
| elisp-manual-21-2.7.tar.gz | 2.3 MB | 10/20/01, 12:00:00 AM |
| elisp-manual-21-2.7a-21-2.8.xdelta | 104 kB | 3/16/02, 11:00:00 PM |
| elisp-manual-21-2.7a.tar.gz | 2.4 MB | 10/23/01, 12:00:00 AM |
| emacs-18.59.tar.gz | 2.8 MB | 10/30/92, 11:00:00 PM |
| emacs-19.10-19.11.diff.gz | 86.5 kB | 1/25/01, 12:00:00 AM |
| emacs-19.11-19.12.diff.gz | 57.6 kB | 1/25/01, 12:00:00 AM |
| emacs-19.12-19.13.diff.gz | 142 kB | 1/25/01, 12:00:00 AM |
| emacs-19.13-19.14.diff.gz | 653 kB | 1/25/01, 12:00:00 AM |
| emacs-19.14-19.15.diff.gz | 30.5 kB | 1/25/01, 12:00:00 AM |
| emacs-19.15-19.16.diff.gz | 170 kB | 1/25/01, 12:00:00 AM |
| emacs-19.16-19.17.diff.gz | 163 kB | 1/25/01, 12:00:00 AM |
| emacs-19.17-19.18.diff.gz | 443 kB | 1/25/01, 12:00:00 AM |
| emacs-19.17-19.18.diffb.gz | 443 kB | 1/25/01, 12:00:00 AM |
| emacs-19.18-19.19.diff.gz | 88.3 kB | 1/25/01, 12:00:00 AM |
| emacs-19.19-19.20.diff.gz | 448 kB | 1/25/01, 12:00:00 AM |
| emacs-19.19-19.20.diffb.gz | 448 kB | 1/25/01, 12:00:00 AM |
| emacs-19.20-19.21.diffb | 235 kB | 1/25/01, 12:00:00 AM |
| emacs-19.20-19.21a.diff | 235 kB | 1/25/01, 12:00:00 AM |
| emacs-19.21-19.22.diff.gz | 84.5 kB | 1/25/01, 12:00:00 AM |
| emacs-19.21-19.22a.diff.gz | 84.5 kB | 1/25/01, 12:00:00 AM |
| emacs-19.22-19.23.no.diff.README | 142 B | 1/25/01, 12:00:00 AM |
| emacs-19.23-19.24.diff.gz | 126 kB | 1/25/01, 12:00:00 AM |
| emacs-19.23-19.24.diff1.gz | 126 kB | 1/25/01, 12:00:00 AM |
| emacs-19.24-19.25.diff.gz | 31.9 kB | 1/25/01, 12:00:00 AM |
| emacs-19.24-19.25.diff3.gz | 31.9 kB | 1/25/01, 12:00:00 AM |
| emacs-19.25-19.26.diff.gz | 626 kB | 1/25/01, 12:00:00 AM |
| emacs-19.25-19.26.diff2.gz | 626 kB | 1/25/01, 12:00:00 AM |
| emacs-19.26-19.27.diff | 33.8 kB | 1/25/01, 12:00:00 AM |

3/28/2017                                              Index of /old-gnu/emacs/

| Name | Size | Date Modified |
|---|---|---|
| emacs-19.27-19.28.diff | 42.9 kB | 1/25/01, 12:00:00 AM |
| emacs-19.28-19.29.diff.gz | 2.4 MB | 1/25/01, 12:00:00 AM |
| emacs-19.30-19.31.diff.gz | 1.7 MB | 1/25/01, 12:00:00 AM |
| emacs-19.31-19.32.diff.gz | 1.0 MB | 1/25/01, 12:00:00 AM |
| emacs-19.32-19.33.diff.gz | 145 kB | 1/25/01, 12:00:00 AM |
| emacs-19.33-19.34.diff.gz | 16.8 kB | 1/25/01, 12:00:00 AM |
| emacs-19.34b.tar.gz | 10.4 MB | 1/25/01, 12:00:00 AM |
| emacs-19.7-19.8.diff.gz | 112 kB | 1/25/01, 12:00:00 AM |
| emacs-19.8-19.9.diff.gz | 49.7 kB | 1/25/01, 12:00:00 AM |
| emacs-19.9-19.10.diff.gz | 98.0 kB | 1/25/01, 12:00:00 AM |
| emacs-20.1-20.2-delta.tar.gz | 1.1 MB | 9/21/97, 12:00:00 AM |
| emacs-20.1.tar.gz | 12.4 MB | 9/17/97, 12:00:00 AM |
| emacs-20.2.tar.gz | 12.4 MB | 9/20/97, 12:00:00 AM |
| emacs-20.3.tar.gz | 13.8 MB | 8/20/98, 12:00:00 AM |
| emacs-20.4-20.5.diff.gz | 66.9 kB | 1/26/00, 12:00:00 AM |
| emacs-20.4.tar.gz | 14.4 MB | 7/16/99, 12:00:00 AM |
| emacs-20.5-20.6.diff.gz | 31.6 kB | 2/27/00, 12:00:00 AM |
| emacs-20.5a.tar.gz | 14.4 MB | 12/11/99, 12:00:00 AM |
| emacs-20.6-20.7.diff.gz | 42.1 kB | 6/13/00, 12:00:00 AM |
| emacs-20.6.tar.gz | 14.3 MB | 2/27/00, 12:00:00 AM |
| emacs-20.7.tar.gz | 14.3 MB | 6/13/00, 12:00:00 AM |
| emacs-21.1-21.2.diff.gz | 550 kB | 3/16/02, 11:00:00 PM |
| emacs-21.1-21.2.xdelta | 897 kB | 3/16/02, 11:00:00 PM |
| emacs-21.1.tar.gz | 19.4 MB | 10/20/01, 12:00:00 AM |
| emacs-21.2-21.3.xdelta | 1010 kB | 3/18/03, 11:00:00 PM |
| emacs-21.2.tar.gz | 19.3 MB | 3/15/02, 11:00:00 PM |
| emacs-21.3-21.4.diff | 3.8 kB | 2/6/05, 12:00:00 AM |
| emacs-21.3-21.4.diff.sig | 65 B | 2/6/05, 12:00:00 AM |
| emacs-21.3.tar.gz | 19.5 MB | 3/18/03, 11:00:00 PM |
| emacs-lisp-intro-1.04.tar.gz | 186 kB | 10/24/95, 12:00:00 AM |
| emacs-lisp-intro-1.05.tar.gz | 186 kB | 10/24/97, 12:00:00 AM |
| emacs-lisp-intro-README | 1.3 kB | 10/23/97, 12:00:00 AM |
| leim-20.1-20.2-delta.tar.gz | 18.3 kB | 9/21/97, 12:00:00 AM |
| leim-20.1.tar.gz | 3.2 MB | 9/17/97, 12:00:00 AM |
| leim-20.2.tar.gz | 3.2 MB | 9/20/97, 12:00:00 AM |
| leim-20.3.tar.gz | 3.2 MB | 8/20/98, 12:00:00 AM |
| leim-20.4.tar.gz | 3.2 MB | 7/16/99, 12:00:00 AM |
| leim-20.5a.tar.gz | 3.2 MB | 12/11/99, 12:00:00 AM |
| leim-20.6.tar.gz | 3.1 MB | 2/27/00, 12:00:00 AM |
| leim-20.7.tar.gz | 3.1 MB | 6/13/00, 12:00:00 AM |
| leim-21.1-21.2.xdelta.back-RSN.README | 0 B | 8/2/03, 12:00:00 AM |
| leim-21.1.tar.gz | 3.1 MB | 10/20/01, 12:00:00 AM |
| leim-21.2-21.3.xdelta | 4.7 kB | 3/18/03, 11:00:00 PM |

3/28/2017

Index of /old-gnu/emacs/

| Name | Size | Date Modified |
|---|---|---|
| leim-21.2.tar.gz | 3.1 MB | 3/15/02, 11:00:00 PM |
| leim-21.3.tar.gz | 3.1 MB | 3/18/03, 11:00:00 PM |
| windows/ |  | 8/14/03, 12:00:00 AM |

# Index of /pub/vim/unix

| Name | Size | Date Modified |
|---|---|---|
| [parent directory] | | |
| MD5 | 3.5 kB | 11/6/16, 6:03:00 PM |
| MD5SUMS | 3.1 kB | 11/6/16, 6:03:00 PM |
| README | 3.5 kB | 11/6/16, 5:41:00 PM |
| ctags-2.0-2.0.2.diff.gz | 7.7 kB | 3/2/98, 12:00:00 AM |
| vim-3.0.tar.gz | 457 kB | 3/5/96, 12:00:00 AM |
| vim-4.6.tar.gz | 1010 kB | 3/12/97, 11:00:00 PM |
| vim-5.0-5.1.diff.gz | 231 kB | 4/8/98, 12:00:00 AM |
| vim-5.0.tar.gz | 1.3 MB | 3/2/98, 12:00:00 AM |
| vim-5.1.tar.gz | 1.4 MB | 4/7/98, 12:00:00 AM |
| vim-5.2-5.3-rt.diff.gz | 32.4 kB | 8/31/98, 12:00:00 AM |
| vim-5.2-5.3-src.diff.gz | 8.8 kB | 8/31/98, 12:00:00 AM |
| vim-5.3-rt.tar.gz | 699 kB | 8/31/98, 12:00:00 AM |
| vim-5.3-src.tar.gz | 961 kB | 8/31/98, 12:00:00 AM |
| vim-5.4-5.5-rt.diff.gz | 112 kB | 9/19/99, 12:00:00 AM |
| vim-5.4-5.5-src.diff.gz | 115 kB | 9/19/99, 12:00:00 AM |
| vim-5.4-rt.tar.gz | 905 kB | 7/25/99, 12:00:00 AM |
| vim-5.4-src.tar.gz | 1.1 MB | 7/25/99, 12:00:00 AM |
| vim-5.5-5.6-rt.diff.gz | 189 kB | 1/16/00, 12:00:00 AM |
| vim-5.5-5.6-src.diff.gz | 128 kB | 1/16/00, 12:00:00 AM |
| vim-5.5-rt.tar.gz | 944 kB | 9/19/99, 12:00:00 AM |
| vim-5.5-src.tar.gz | 1.2 MB | 9/19/99, 12:00:00 AM |
| vim-5.6-5.7-rt.diff.gz | 185 kB | 6/24/00, 12:00:00 AM |
| vim-5.6-5.7-src.diff.gz | 96.0 kB | 6/24/00, 12:00:00 AM |
| vim-5.6-rt.tar.gz | 996 kB | 1/16/00, 12:00:00 AM |
| vim-5.6-src.tar.gz | 1.2 MB | 1/16/00, 12:00:00 AM |
| vim-5.7-5.8-rt.diff.gz | 405 kB | 5/31/01, 12:00:00 AM |
| vim-5.7-5.8-src.diff.gz | 161 kB | 5/31/01, 12:00:00 AM |
| vim-5.7-rt.tar.gz | 1.0 MB | 6/24/00, 12:00:00 AM |
| vim-5.7-src.tar.gz | 1.2 MB | 6/24/00, 12:00:00 AM |
| vim-5.8-rt.tar.gz | 1.2 MB | 5/31/01, 12:00:00 AM |
| vim-5.8-src.tar.gz | 1.1 MB | 5/31/01, 12:00:00 AM |
| vim-6.0-6.1.diff.gz | 463 kB | 3/23/02, 11:00:00 PM |
| vim-6.0-rt1.tar.gz | 1.1 MB | 9/26/01, 12:00:00 AM |
| vim-6.0-rt2.tar.gz | 599 kB | 9/26/01, 12:00:00 AM |
| vim-6.0-src1.tar.gz | 1.2 MB | 9/26/01, 12:00:00 AM |
| vim-6.0-src2.tar.gz | 380 kB | 9/26/01, 12:00:00 AM |
| vim-6.0.tar.bz2 | 2.6 MB | 9/26/01, 12:00:00 AM |
| vim-6.1-6.2.diff.gz | 1.3 MB | 6/1/03, 12:00:00 AM |

3/28/2017                                              Index of /pub/vim/unix

| Name | Size | Date Modified |
|---|---|---|
| vim-6.1-rt1.tar.gz | 1.2 MB | 3/23/02, 11:00:00 PM |
| vim-6.1-rt2.tar.gz | 661 kB | 3/23/02, 11:00:00 PM |
| vim-6.1-src1.tar.gz | 1.2 MB | 3/23/02, 11:00:00 PM |
| vim-6.1-src2.tar.gz | 384 kB | 3/23/02, 11:00:00 PM |
| vim-6.1.405-rt1.tar.gz | 1.2 MB | 3/14/03, 11:00:00 PM |
| vim-6.1.405-rt2.tar.gz | 664 kB | 3/14/03, 11:00:00 PM |
| vim-6.1.405-src1.tar.gz | 1.3 MB | 3/14/03, 11:00:00 PM |
| vim-6.1.405-src2.tar.gz | 393 kB | 3/14/03, 11:00:00 PM |
| vim-6.1.405.tar.bz2 | 2.8 MB | 3/14/03, 11:00:00 PM |
| vim-6.1.tar.bz2 | 2.8 MB | 3/23/02, 11:00:00 PM |
| vim-6.2-rt1.tar.gz | 1.3 MB | 6/1/03, 12:00:00 AM |
| vim-6.2-rt2.tar.gz | 758 kB | 6/1/03, 12:00:00 AM |
| vim-6.2-src1.tar.gz | 1.4 MB | 6/1/03, 12:00:00 AM |
| vim-6.2-src2.tar.gz | 449 kB | 6/1/03, 12:00:00 AM |
| vim-6.2.tar.bz2 | 3.1 MB | 6/1/03, 12:00:00 AM |
| vim-6.3-6.4.diff.gz | 283 kB | 10/15/05, 12:00:00 AM |
| vim-6.3-rt1.tar.gz | 1.4 MB | 6/7/04, 12:00:00 AM |
| vim-6.3-rt2.tar.gz | 1.1 MB | 6/7/04, 12:00:00 AM |
| vim-6.3-src1.tar.gz | 1.3 MB | 6/7/04, 12:00:00 AM |
| vim-6.3-src2.tar.gz | 548 kB | 6/7/04, 12:00:00 AM |
| vim-6.3.tar.bz2 | 3.5 MB | 6/7/04, 12:00:00 AM |
| vim-6.4-rt1.tar.gz | 1.4 MB | 10/15/05, 12:00:00 AM |
| vim-6.4-rt2.tar.gz | 1.1 MB | 10/15/05, 12:00:00 AM |
| vim-6.4-src1.tar.gz | 1.3 MB | 10/15/05, 12:00:00 AM |
| vim-6.4-src2.tar.gz | 549 kB | 10/15/05, 12:00:00 AM |
| vim-6.4.tar.bz2 | 3.6 MB | 10/15/05, 12:00:00 AM |
| vim-7.0-7.1.diff.gz | 846 kB | 5/12/07, 12:00:00 AM |
| vim-7.0.tar.bz2 | 6.3 MB | 5/7/06, 12:00:00 AM |
| vim-7.1-7.2.diff.gz | 1.3 MB | 8/9/08, 12:00:00 AM |
| vim-7.1.tar.bz2 | 6.6 MB | 5/12/07, 12:00:00 AM |
| vim-7.2-7.3.diff.gz | 2.3 MB | 8/15/10, 12:00:00 AM |
| vim-7.2.tar.bz2 | 6.9 MB | 9/6/08, 12:00:00 AM |
| vim-7.3.tar.bz2 | 8.7 MB | 8/15/10, 12:00:00 AM |
| vim-7.4.tar.bz2 | 9.4 MB | 8/10/13, 12:00:00 AM |
| vim-8.0.002.tar.bz2 | 10.1 MB | 9/12/16, 12:00:00 AM |
| vim-8.0.069.tar.bz2 | 10.1 MB | 11/6/16, 5:59:00 PM |
| vim-8.0.tar.bz2 | 10.1 MB | 11/6/16, 5:02:00 PM |