### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC, | |
| Plaintiff, | **CASE NO. 2:16-CV-773-JRG-RSP** |
| v. | **JURY TRIAL DEMANDED** |
| BLACKBERRY LIMITED and BLACKBERRY CORPORATION, | |
| Defendants. | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Local Patent Rule 4-5(d) and the Court's Docket Control Order, as amended on June 26, 2017 (Dkt. No. 70), Plaintiff Sentius International, LLC ("Sentius") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") respectfully submit this Joint Claim Construction Chart, attached hereto as Exhibit A.

Dated: July 21, 2017                                   Respectfully Submitted,

_/s/ Stafford G. Davis_                                _/s/ Anthony F. Blum_ (with permission)
Stafford G. Davis                                      Michael A. Parks (IL 6217230)
Texas State Bar No. 24054605                           Anthony F. Blum (IL 6298243)
The Stafford Davis Firm                                Sartouk Moussavi (IL 6313554)
The People's Petroleum Building                        THOMPSON COBURN LLP
102 North College Avenue, 13th Floor                   55 East Monroe Street, 37th Floor
Tyler, Texas 75702                                     Chicago, Illinois 60603
Telephone: (903) 593-7000                              312-580-2237
Facsimile:  (903) 705-7369                             FAX 312-580-2201
Email:  sdavis@stafforddavisfirm.com                   mparks@thompsoncoburn.com
                                                       ablum@thompsoncoburn.com
                                                       smoussavi@thompsoncoburn.com

Sandeep Seth
Texas State Bar No. 18043000
SethLaw
Two Allen Center
1200 Smith Street, Ste. 1600
Houston, TX 77002
Telephone: (713) 244-5017
Facsimile:  (713) 244-5018
Email: ss@sethlaw.com

Robert J. Yorio (admitted *pro hac vice*)
Carr & Ferrell LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.:  (650) 812-3444
yorio@carrferrell.com

*Attorneys for Defendants BlackBerry
Limited and BlackBerry Corporation*

*Attorneys for Plaintiff
Sentius International, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 21st day of July 2017.


*/s/ Robert J. Yorio*
Robert J. Yorio

**EXHIBIT A**

**Parties' Proposed Constructions for Claim Terms in**
**U.S. Patent Nos. RE40,731 (the "'731 patent") and RE43,633 (the "'633 patent")**

**'731 PATENT, CLAIM 95**

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **'731 patent, Claim 95:**<br><br>A system for linking textual source material to external reference material for display, the system comprising: | "electronic database" | [AGREED] | [AGREED] | a collection of data within a given structure for accepting, storing and providing, on demand, data for at least one user |
| | "beginning position address" | beginning point location | beginning memory location | |
| **means for determining a beginning position address of textual source material stored in an electronic database;** | "means for determining a beginning position address of textual source material stored in an electronic database" | Function:  [AGREED]<br><br>Structure:  a processor programmed to perform the step of assigning a character position for the first character of a given set of text within an open text file, and equivalents thereof. | Function:  [AGREED]<br><br>Structure:  This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:  determining a beginning position address of textual source material stored in an electronic database<br><br>Structure: |

1

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| means for cutting the textual source material into a plurality of discrete pieces; | "means for cutting the textual source material into a plurality of discrete pieces" | Function:  [AGREED]<br><br>Structure:  a processor programmed to perform the step of parsing the given set of text into individual words, and equivalents thereof. | Function: [AGREED]<br><br>Structure:  This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:  cutting the textual source material into a plurality of discrete pieces<br><br>Structure: |
| means for determining a starting point address and an ending point address of at least one of the plurality of discrete pieces based upon the beginning | "starting point address" | [AGREED] | [AGREED | an offset value from the beginning position address to the starting point |
| | "ending point address" | [AGREED] | [AGREED | an offset value from the beginning position address to the ending |

2

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| position address; | "means for determining a starting point address and an ending point address of at least one of the plurality of discrete pieces based upon the beginning position address" | Function: [AGREED]<br><br>Structure: a processor programmed to perform the step of identifying, for any given words in the file to be linked, their starting and ending character positions offset from the first character position, and equivalents thereof. | Function: [AGREED]<br><br>Structure: This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function: determining a starting point address and an ending point address of at least one of the plurality of discrete pieces based upon the beginning position address<br><br>Structure: |
| means for recording in a look-up table the starting and ending | "look-up table" | [AGREED] | [AGREED | an array or matrix of data that contains values for searching |

3

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **point addresses;** | "means for recording in a look-up table the starting and ending point addresses" | Not MPF.<br><br>Alternatively,<br><br>Function: **[AGREED** Structure: a processor storing the identified offset values in a data structure, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br>Function: **[AGREED]**<br><br>Structure: "a personal computer" programmed to record in a look-up table the starting and ending point addresses of the plurality of discrete pieces (4:7-8) | Function: recording in a look-up table the starting and ending point addresses<br><br>Structure: |
| **means for linking at least one of the plurality of discrete pieces to at least one of a plurality** | "link" | a pointer to data or information or the location of data or information | a pointer to data or information, or a pointer to the location of data or information | |

4

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **of external reference materials by recording in the look-up table, along with the starting and ending point addresses of the at least one of the plurality of discrete pieces, a <u>link to</u> the at least one of the plurality of external reference materials**, the plurality of external reference materials comprising any of textual, audio, video, and picture information; | "means for linking at least one of the plurality of discrete pieces to at least one of a plurality of external reference materials by recording in the look-up table, along with the starting and ending point addresses of the at least one of the plurality of discrete pieces, a link to the at least one of the plurality of external reference materials" | Not MPF.<br><br>Alternatively,<br><br><u>Function</u>:  recording in the look-up table a link to at least one external reference material<br><br><u>Structure</u>:  a processor storing a pointer in the data structure for a given offset value range that points the system to at least one corresponding external reference material for that offset value range, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br><u>Function</u>:  linking at least one of the plurality of discrete pieces to at least one of a plurality of external reference materials by recording in the look-up table, along with the starting and ending point addresses of the at least one of the plurality of discrete pieces, a link to the at least one of the plurality of external reference materials<br><br><u>Structure</u>: "a personal computer" programmed to record in the look-up table, along with the starting and ending point addresses of the at least one of the plurality of discrete pieces, a link to the at least one of the plurality of external reference materials (4:7-8) | |

5

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **means for displaying an image of the textual source material;** | "means for displaying an image of the textual source material" | Not MPF.<br><br>Alternatively,<br><br>Function:  **[AGREED]**<br><br>Structure:  a processor displaying a portion of a text file, i.e., creating a view of the textual source material to be displayed on an electronic display, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br>Function:  **[AGREED]**<br><br>Structure:  "personal computer," and "electronic display of a personal computer" (4:7-8) | Function:  displaying an image of the textual source material<br><br>Structure: |

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **means for selecting a discrete portion of the displayed textual source material image;** | "means for selecting a discrete portion of the displayed textual source material image" | Not MPF. Alternatively, Function: **[AGREED]** Structure: a processor determining the location on a display where a user input was received, and equivalents thereof. | Governed by § 112 ¶ 6. Function: **[AGREED]** Structure: a "pointing device, such as a mouse (200)" (6:50-51, 4:15-22); an "electronic display of a personal computer" (4:7-8); and a "personal computer" (4:7-8) | Function:  selecting a discrete portion of the displayed textual source material image Structure: |
| **means for determining a display address of the** | "display address" | display location | a pixel location or screen coordinates on a display | |

7

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **selected discrete portion;** | "means for determining a display address of the selected discrete portion" | Not MPF.<br><br>Alternatively,<br><br>Function:  **[AGREED]**<br><br>Structure:  a processor determining the display coordinates of the user input, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br>Function:  **[AGREED]**<br><br>Structure:  This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:  determining a display address of the selected discrete portion<br><br>Structure: |
| **means for converting the display address of the selected discrete portion to an offset** | "offset value" | a position relative to a starting point | the distance from a starting point, either the start of a file or the start of a memory location | |

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **value from the beginning position address;** | "means for converting the display address of the selected discrete portion to an offset value from the beginning position address" | Function: **[AGREED]**<br><br>Structure: a processor programmed to perform the step of determining the offset value of the display location where the user input was received based upon an offset index, and equivalents thereof | Function: **[AGREED]**<br><br>Structure: This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:  converting the display address of the selected discrete portion to an offset value from the beginning position address<br><br>Structure: |

9

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **means for comparing the offset value with the starting and ending point addresses recorded in the look-up table to identify one of the plurality of discrete pieces;** | "means for comparing the offset value with the starting and ending point addresses recorded in the look-up table to identify one of the plurality of discrete pieces" | Function: [AGREED]<br><br>Structure: a processor programmed to perform the step of matching the identified offset value with one of the offset value ranges stored in the data structure, and equivalents thereof. | Function: [AGREED]<br><br>Structure: a "personal computer" (4.7-8) programmed to determine whether the offset value falls between the starting and ending point addresses for the plurality of discrete pieces of textual source material stored in the look-up table to identify one of the plurality of discrete pieces of textual source material as a match when the offset value falls between that discrete piece's starting and ending point addresses. (6:55-65; 7:45-49). | Function:  comparing the offset value with the starting and ending point addresses recorded in the look-up table to identify one of the plurality of discrete pieces<br><br>Structure: |

10

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **means for selecting one of the plurality of external reference materials corresponding to the identified one of the plurality of discrete pieces;** | "means for selecting one of the plurality of external reference materials corresponding to the identified one of the plurality of discrete pieces" | <u>Function</u>: selecting one of the plurality of external reference materials corresponding to the identified one of the plurality of discrete pieces<br><br><u>Structure</u>: a processor programmed to perform the step of using the pointer for the matched offset value range to identify a corresponding external reference material, and equivalents thereof. | <u>Function</u>: Indefinite<br><br><u>Structure</u>: This claim is also indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | <u>Function</u>:<br><br><br><br><br><br><br><u>Structure</u>: |
| **means for retrieving the selected one of the plurality of external reference materials using a recorded link to the selected one of the plurality of external reference materials; and** | "means for retrieving the selected one of the plurality of external reference materials using a recorded link to the selected one of the plurality of external reference materials" | <u>Function</u>:  **[AGREED]**<br><br><br><br><br><br><u>Structure</u>: a processor programmed to perform the step of using the pointer for the matched offset value range to | <u>Function</u>:  **[AGREED]**<br><br><br><br><br><br><u>Structure</u>: a "personal computer" programmed to retrieve the selected one of the plurality of external reference | <u>Function</u>:  retrieving the selected one of the plurality of external reference materials using a recorded link to the selected one of the plurality of external reference materials<br><br><u>Structure</u>: |

11

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | obtain the identified corresponding external reference material, and equivalents thereof. | materials using a recorded link to the selected one of the plurality of external reference materials (4:7-8). | |
| **means for displaying the retrieved external reference material.** | "means for displaying the retrieved external reference material" | Not MPF.<br><br>Alternatively,<br><br>Function: **[AGREED]**<br><br>Structure: a processor displaying the obtained reference material, i.e., creating a view of the selected external reference material to be displayed on an electronic display, and equivalents thereof | Governed by § 112 ¶ 6.<br><br>Function: **[AGREED]**<br><br>Structure: "personal computer" (4:7-8) and "electronic display of a personal computer" (4:7-8) | Function: displaying the retrieved external reference material<br><br>Structure: |

## '633 PATENT, CLAIM 17

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **'633 patent, Claim 17:**<br><br>A system for linking textual source material to external reference materials for display, the system comprising: | "electronic database" | [AGREED] | [AGREED] | a collection of data within a given structure for accepting, storing and providing, on demand, data for at least one user |
| | "beginning position address" | beginning point location | beginning memory location | |
| **means for determining a beginning position address of textual source material stored in an electronic database;** | "means for determining a beginning position address of textual source material stored in an electronic database" | Function: [AGREED]<br><br>Structure:  a processor programmed to perform the step of assigning a character position for the first character of a given set of text within an open text file, and equivalents thereof. | Function: [AGREED]<br><br>Structure:  This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:  determining a beginning position address of textual source material stored in an electronic database<br><br>Structure: |

13

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| means for cutting the textual source material into a plurality of discrete pieces; | "means for cutting the textual source material into a plurality of discrete pieces" | Function: [AGREED]<br><br>Structure: a processor programmed to perform the step of parsing the given set of text into individual words, and equivalents thereof. | Function: [AGREED]<br><br>Structure: This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:  cutting the textual source material into a plurality of discrete pieces<br><br>Structure: |
| means for determining starting point addresses and ending point addresses of the plurality of discrete pieces based upon the beginning position | "starting point address" | [AGREED] | [AGREED | an offset value from the beginning position address to the starting point |
| | "ending point address" | [AGREED] | [AGREED | an offset value from the beginning position address to the ending |

14

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **address;** | "means for determining starting point addresses and ending point addresses of the plurality of discrete pieces based upon the beginning position address;" | Function: determining a starting point address and an ending point address of at least one of the plurality of discrete pieces based upon the beginning position address.<br><br>Structure: a processor programmed to perform the step of identifying, for any given words in the file to be linked, their starting and ending character positions offset from the first character position, and equivalents thereof. | Function: determining starting point addresses and ending point addresses of the plurality of discrete pieces based upon the beginning position address<br><br>Structure: This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:<br><br><br><br>Structure: |
| **means for recording in a look-up table the starting and ending** | "look-up table" | [AGREED] | [AGREED | an array or matrix of data that contains values for searching |

15

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **point addresses;** | "means for recording in a look-up table the starting and ending point addresses" | Not MPF.<br><br>Alternatively,<br><br>Function: **[AGREED]**<br><br>Structure:  a processor storing the identified offset values in a data structure, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br>Function: **[AGREED]**<br><br>Structure: "a personal computer" programmed to record in a look-up table the starting and ending point addresses of the plurality of discrete pieces (4:7–8) | Function:  recording in a look-up table the starting and ending point addresses<br><br>Structure: |
| **means for linking the plurality of discrete pieces to external reference materials by** | "link" | a pointer to data or information or the location of data or information | a pointer to data or information, or a pointer to the location of data or information | |

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **recording in the look-up table, along with the starting and ending point addresses of the plurality of discrete pieces, links to the external reference materials**, the external reference materials comprising any of textual, audio, video, and picture information; | "means for linking the plurality of discrete pieces to external reference materials by recording in the look-up table, along with the starting and ending point addresses of the plurality of discrete pieces, links to the external reference materials" | Not MPF.<br><br>Alternatively,<br><br>Function: recording in the look-up table a link to at least one external reference material<br><br>Structure: a processor storing a pointer in the data structure for a given offset value range that points the system to at least one corresponding external reference material for that offset value range, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br>Function: linking the plurality of discrete pieces to external reference materials by recording in the look-up table, along with the starting and ending point addresses of the plurality of discrete pieces, links to the external reference materials<br><br>Structure: "a personal computer" programmed to record in the look-up table, along with the starting and ending point addresses of the at least one of the plurality of discrete pieces, a link to the at least one of the plurality of external reference materials (4:7-8) | Function:<br><br><br><br><br><br><br><br><br><br>Structure: |

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **means for selecting a discrete portion of an image of the source material;** | "means for selecting a discrete portion of an image of the source material" | Not MPF.<br><br>Alternatively,<br><br>Function: **[AGREED]**<br>Structure: a processor determining the location on a display where a user input was received, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br>Function: **[AGREED]**<br><br>Structure: a "pointing device, such as a mouse (200)" (6:50-51, 4:15-22); an "electronic display of a personal computer" (4:7-8); and a "personal computer" (4:7-8) | Function: selecting a discrete portion of an image of the source material<br><br>Structure: |
| **means for determining a display address of the** | "display address" | display location | a pixel location or screen coordinates on a display | |

18

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **selected discrete portion;** | "means for determining a display address of the selected discrete portion" | Not MPF.<br><br>Alternatively,<br><br>Function:  **[AGREED]**<br><br>Structure:  a processor determining the display coordinates of the user input, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br>Function:  **[AGREED]**<br><br>Structure:  This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:  determining a display address of the selected discrete portion<br><br>Structure: |
| **means for converting the display address of the selected discrete portion to an offset** | "offset value" | a position relative to a starting point | the distance from a starting point, either the start of a file or the start of a memory location | |

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **value from the beginning position address;** | "means for converting the display address of the selected discrete portion to an offset value from the beginning position address" | Function: **[AGREED]**<br><br><br>Structure: a processor programmed to perform the step of determining the offset value of the display location where the user input was received based upon an offset index, and equivalents thereof. | Function: **[AGREED]**<br><br><br>Structure: This claim is indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | Function:  converting the display address of the selected discrete portion to an offset value from the beginning position address<br><br>Structure: |

20

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **means for comparing the offset value with the starting and ending point addresses recorded in the look-up table to identify one of the plurality of discrete pieces;** | "means for comparing the offset value with the starting and ending point addresses recorded in the look-up table to identify one of the plurality of discrete pieces" | Function: **[AGREED]** | Function: **[AGREED]** | Function:  comparing the offset value with the starting and ending point addresses recorded in the look-up table to identify one of the plurality of discrete pieces |
| | | Structure:  a processor programmed to perform the step of matching the identified offset value with one of the offset value ranges stored in the data structure, and equivalents thereof. | Structure:  a "personal computer" (4:7-8) programmed to determine whether the offset value falls between the starting and ending point addresses for the plurality of discrete pieces of textual source material stored in the look-up table to identify one of the plurality of discrete pieces of textual source material as a match when the offset value falls between that discrete piece's starting and ending point addresses. (6:55-65; 7:45-49). | Structure: |

21

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **means for selecting one of the external reference materials corresponding to the identified one of the plurality of discrete pieces;** | "means for selecting one of the external reference materials corresponding to the identified one of the plurality of discrete pieces" | <u>Function:</u> selecting one of the external reference materials corresponding to the identified one of the plurality of discrete pieces<br><br><u>Structure:</u> a processor programmed to perform the step of using the pointer for the matched offset value range to identify a corresponding external reference material, and equivalents thereof. | <u>Function:</u> Indefinite<br><br><u>Structure:</u> This claim is also indefinite under 35 U.S.C. § 112 ¶ 2 and ¶ 6 because the specification does not sufficiently disclose an algorithm to perform the function associated with this limitation. | <u>Function:</u><br><br><br><u>Structure:</u> |

22

| Patent & Claim(s) | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **means for displaying on a computer the selected one of the external reference materials.** | "means for displaying on a computer the selected one of the external reference materials" | Not MPF.<br><br>Alternatively,<br><br>Function: displaying on a computer the retrieved external reference material<br><br>Structure: a processor displaying the obtained reference material, i.e., creating a view of the selected external reference material to be displayed on an electronic display, and equivalents thereof. | Governed by § 112 ¶ 6.<br><br>Function: displaying on a computer the selected one of the external reference materials<br><br>Structure: "personal computer" (4:7-8) and "electronic display of a personal computer" (4:7-8) | Function:<br><br>Structure: |

23