**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>BLACKBERRY LIMITED and<br>BLACKBERRY CORPORATION,<br><br>    Defendants. | Civil Action No. 2:16-cv-773-JRG-RSP |

**JOINT MOTION FOR ENTRY OF AGREED CLAIM CONSTRUCTION ORDER**

COME NOW Plaintiff Sentius International, LLC, and Defendants Blackberry Limited and Blackberry Corporation and respectfully request the Court enter the attached agreed Claim Construction Order, which includes verbatim the Court's preliminary constructions and adds thereto the parties agreed structure for elements 12, 14, 16 and 17.

Respectfully submitted,

| | |
|---|---|
| */s/ Stafford Davis*<br>Stafford Davis TX SB #24054605<br>The Stafford Davis Firm, P.C.<br>The People's Petroleum Building<br>102 North College Avenue, Thirteenth Floor<br>Tyler, TX 75702<br>Telephone:  (903) 593-7000<br>Facsimile: (903) 705-7369<br>sdavis@stafforddavisfirm.com<br><br>Sandeep Seth TX SB#18043000<br>Sethlaw<br>Two Allen Center<br>1200 Smith Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 244-5017<br>Facsimile: (713) 244-5018 | */s/ Michael Parks w/ permission*<br>Michael Parks (*pro hac vice*)<br>IL Bar No. 6217230<br>Anthony Blum (*pro hac vice*)<br>IL Bar No. 6298243<br>Thompson Coburn LLP<br>55 East Monroe Street, 37th Floor<br>Chicago, IL 60603<br>Telephone:  (312) 580-2237<br>Facsimile: (312) 580-2201<br>mparks@thompsoncoburn.com<br>ablum@thompsoncoburn.com<br><br>*Attorneys for Defendants*<br>*Blackberry Limited and Blackberry Corporation* |

ss@sethlaw.com

Robert J. Yorio CA SB# 93178
Carr and Ferrell LLP
120 Constitution Drive
Menlo Park, CA 94025
Telephone: (650) 812-3453
Facsimile: (650) 812-3444
ryorio@carrferrell.com

*Attorneys for Plaintiff*
*Sentius International, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2017, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

>  */s/ Sandeep Seth*
>  Sandeep Seth