UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SENTIUS INTERNATIONAL, LLC | § § § | |
| v. | § § | Case No. 2:16-cv-773 |
| BLACKBERRY LIMITED AND BLACKBERRY CORPORATION | § § § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on September 15, 2017. The conference resulted in settlement. All parties and counsel were present.

It has been a pleasure mediating pursuant to the Court's Order.

SIGNED this 3rd day of February, 2017.

Michael H. Schneider – Assigned Mediator
State Bar No. 17789000
JAMS ADR
5015 Westheimer #1200
P.O. Box 460825
Houston, Texas 77056
P. 713.651.1400
F. 214.
mschneider@jamsadr.com